# STATE OF MAINE

☐ ORIGINAL - STATE    ☐ COPY - Place of Death    ☐ COPY - Place of Residence    ☐ COPY - Place Permit Issued

STATE OF MAINE
DEPARTMENT OF HEALTH
AND HUMAN SERVICES
CERTIFICATE OF DEATH

**MEDICAL EXAMINER FORM**

NAME KNOWN TO PHYSICIAN: Michael Hancock

State File Number: _____

| 1a. FIRST NAME | 1b. MIDDLE NAME | 1c. LAST NAME | 1d. JR., etc. |
|---|---|---|---|
| Michael | John | Hancock | N/A |

| 2. DATE OF DEATH (Mo, Dy, Yr) | 3. SEX | 4. SOCIAL SECURITY NUMBER | 5a. AGE | 6. DATE OF BIRTH (Mo, Dy, Yr) |
|---|---|---|---|---|
| 6/02/2005 | M | 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 | 28 | 5/5/1977 |

7. BIRTHPLACE: Olean, NY.
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: NO
9. PLACE OF DEATH: (other) road

10. FACILITY NAME: Maine Turnpike, Southbound
11. COUNTY OF DEATH: York
12. CITY OR TOWN OF DEATH: Saco

13. MARITAL STATUS: Never married
14. MOST RECENT SPOUSE: 
15. DECEDENT'S USUAL OCCUPATION: Computer Specialist
16. KIND OF BUSINESS/INDUSTRY: Computer Program

17. DECEDENT'S EDUCATION: College 12 (1-4 or 5+ years)
18. ANCESTRY: Italian, French, English
19. RACE: White

20. RESIDENCE STATE: PA
21. RESIDENCE COUNTY: McKean
22. RESIDENCE CITY OR TOWN: Bradford
23. RESIDENCE STREET AND NUMBER: Cornelius Drive

| 24a. FATHER FIRST NAME | 24b. MIDDLE NAME | 24c. LAST NAME | 24d. JR., etc. |
|---|---|---|---|
| John | Charles | Hancock | N/A |

| 25a. MOTHER FIRST NAME | 25b. MIDDLE NAME | 25c. MAIDEN SURNAME |
|---|---|---|
| Jan | M. | Wentworth |

26. INFORMANT NAME: Jan M. Hancock
   MAILING ADDRESS: Cornelius Dr, Bradford, PA 16701

27. METHOD OF DISPOSITION: Removed from State
28. WAS BODY EMBALMED?: NO
29. PLACE OF DISPOSITION: Hollenbeck-Cahill Funeral Home
   LOCATION: 33 South Avenue, Bradford, PA 16701
   DATE OF DISPOSITION: 6/7/2005

31. SIGNATURE OF FUNERAL PRACTITIONER OR AUTHORIZED PERSON
   NAME AND ADDRESS: Wilson Funeral Home, Shaker Rd, Gray, Maine 04039
   LICENSE NUMBER: 9210

32. MEDICAL EXAMINER: 
   DATE SIGNED: 6/03/2005
   WAS BODY VIEWED AFTER DEATH: YES
   NAME AND ADDRESS OF MEDICAL EXAMINER: Margaret S. Greenwald, M.D., Chief Medical Examiner, Michael J. Ferenc, M.D., Deputy Chief Medical Examiner, #37 State House Station, 04333

38. REGISTRAR'S SIGNATURE: Michele W. Hughes-Deputy
   DATE FILED: 10/31/2005

40. WAS AUTOPSY PERFORMED?: YES
41. MANNER OF DEATH: Suicide
42. INJURY AT WORK: 
44. DATE OF INJURY: 6/03/2005
45. DESCRIBE HOW INJURY OCCURRED: Shot self with handgun
47. PLACE OF INJURY: In gov on public road
48. LOCATION: Milemarker 36, Southbound, Maine Turnpike, Saco, ME

IMMEDIATE CAUSE (Final): Gunshot Wound to Head and Brain

---

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE COPY OF A CERTIFICATE OR RECORD ON FILE IN MY OFFICIAL CUSTODY.

DATE ISSUED: _____

STATE REGISTRAR/MUNICIPAL CLERK/STATE ARCHIVIST

Donald R. _____
STATE REGISTRAR
TOWN OR DEPUTY STATE REGISTRAR

ATTEST:

VS-31 R1104   This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

EXHIBIT 1