IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-07 Erie |
| | ) |
| MICHAEL JOHN HANCOCK | ) |

### O R D E R

AND NOW, this _____ day of _____, 2005, the within motion is granted and it is hereby ORDERED that Indictment No. 04-07 Erie returned by the Federal Grand Jury on February 10, 2004, be and the same is hereby dismissed.

_____
UNITED STATES DISTRICT JUDGE

cc:   United States Attorney